**Michael BLACK, Petitioner–Appellant,**

v.

**Arthur F. BEELER, Warden–FMC, Butner, NC, Respondent–Appellee.**

No. 03–7129.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 30, 2003.

Decided Oct. 8, 2003.

Michael Black, Appellant pro se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Michael Black, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Black v. Beeler,* No. CA–03–195–5–HO (E.D.N.C. July 7, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*